McDaniel *v.* Mattingly.

———•••———

No. 7882.

McDANIEL *v.* MATTINGLY.

PRACTICE.—*New Trial.—Affidavit.—Bill of Exceptions.—Supreme Court.*— Affidavits in support of a motion for a new trial, on account of newly-discovered evidence, must be made a part of the record by a bill of exceptions, on appeal to the Supreme Court.

From the Daviess Circuit Court.

*J. H. O'Neall* and *D. J. Heffron*, for appellant.
*W. R. Gardiner* and *S. H. Taylor*, for appellee.

WOODS, J.—The affidavits on which the appellant claims a new trial, on the ground of newly-discovered evidence, are not made a part of the record by a bill of exceptions. Counsel claim no other error. The judgment must therefore be affirmed. *Williams* v. *Potter, post*, p. 354; *Matlock* v. *Todd*, 19 Ind. 130; *Horton* v. *Wilson*, 25 Ind. 316; *Burnett* v. *Overton*, 67 Ind. 557; *Fryberger* v. *Perkins*, 66 Ind. 19; *Berlin* v. *Oglesbee*, 65 Ind. 308; Buskirk's Practice, 241.

Judgment affirmed, with costs.